IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER W. STEFFEN,

    Plaintiff,

vs.                                         No. CV 18-01060 KG/CG

ROOSEVELT COUNTY DETENTION CENTER,
WARDEN PORTER, ETAT (sic)

    Defendants.

## JUDGMENT

**THIS MATTER** is before the Court under Fed. R. Civ. P. 41(b) on the handwritten Complaint filed by Plaintiff Christopher W. Steffen (Doc. 1) and the Court having entered its Memorandum Opinion and Order dismissing the case without prejudice,

**IT IS ORDERED** that **JUDGMENT** is entered and the handwritten Complaint filed by Plaintiff Christopher W. Steffen (Doc. 1) is **DISMISSED** without prejudice under Fed. R. Civ. P. 41(b).

_____
UNITED STATES DISTRICT JUDGE